**Order entered December 3, 2020**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-20-00319-CV**

### IN THE INTEREST OF A.B.B., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-00832**

### ORDER

Before the Court is appellant's Rule 9.2(c)(5) motion for leave to late file her corrected brief. *See* TEX. R. APP. P. 9.2(c)(5). We **GRANT** the motion and **ORDER** the brief received December 2, 2020 filed as of the date of this order. Appellees' brief(s) shall be filed no later than January 4, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE